United States District Court
Southern District of Texas
**ENTERED**
January 08, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CODING TECHNOLOGIES, LLC | § | Civil Action No: 4:17-cv-02635 |
| Plaintiff, | § § § | |
| vs. | § | PATENT CASE |
| POWELL INDUSTRIES, INC. | § § § | |
| Defendant. | § | |

### ORDER OF DISMISSAL

On this date, the Court considered the parties' Joint Stipulation of Dismissal Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Having considered the motion, the Court finds that it should be, and is hereby, GRANTED.

Therefore, IT IS ORDERED that Plaintiff's claims against Defendant Powell Industries, Inc. are dismissed with prejudice and Defendant's counterclaims without prejudice with each party to bear its own attorneys' fees and costs.

SO ORDERED.

Signed this __8th__ day of January, 2018.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE